No. 1107.  GRAND *v.* MAYO, STATE PRISON CUSTODIAN. June 12, 1944.  Petition for writ of certiorari to the Supreme Court of Florida denied.  The motion for leave to file petition for writ of habeas corpus is also denied.

No. 896.  HUBER ET AL. *v.* MORAN.  May 22, 1944.  On petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit.  Dismissed on motion of petitioners.

No. 967.  BACHRACH, TRUSTEE IN BANKRUPTCY, *v.* CENTRAL HANOVER BANK & TRUST CO., TRUSTEE.  May 22, 1944.  On petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit.  Dismissed on motion of counsel for the petitioner.  *Mr. Walter Bachrach* for petitioner.

No. 835.  CHALFONTE *v.* SMITH, WARDEN.  May 29, 1944.  The petition for rehearing is granted.  The order of May 8th, 322 U. S. 741, denying certiorari on the ground that application therefor was not made within the time provided by law, is vacated.  The petition for writ of certiorari to the Supreme Court of Pennsylvania is denied.